PS-8
8/88

# UNITED STATES DISTRICT COURT

for

### EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION

**U.S.A. vs. Debarre Nojuan Priest**　　　　　　　　　　**Docket No. 7:11-CR-88-2FL**

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Thomas E. Sheppard, probation officer of the court, presenting an official report upon the conduct of defendant, Debarre Nojuan Priest, who was placed under pretrial release supervision by the Honorable David W. Daniel, U.S. Magistrate Judge, sitting in the Court at Raleigh, NC, on the 17th day of August, 2011, under the following conditions:

- The defendant is placed in the custody of Alice M. Leggett.

- Report to the probation office or supervising officer as directed.

- Execute a $50,000 unsecured bond.

- Surrender any passport to the United States Probation Office.

- Obtain no passport.

- Abide by the following restrictions on personal association, place of abode, or travel: Eastern District of North Carolina unless prior approval from his supervising officer.

- Avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: Not contact any First Bank employees or enter onto any First Bank property.

- Undergo medical or psychiatric treatment as directed by the U.S. Probation Office.

- Refrain from possessing a firearm, destructive device, or other dangerous weapons.

- Refrain from excessive use of alcohol.

- Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

Debarre Nojuan Priest
Docket No. 7:11-CR-88-2FL
Petition For Action
Page 2

- Submit to any testing required by the pretrial services office or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which are required as a condition of release.

- Participate in a program of inpatient or outpatient substance abuse therapy and counseling if the pretrial services office or supervising officer considers it advisable.

- Participate in the following location monitoring program component and abide by its requirements as the supervising officer instructs. You are restricted to 24-hour-a-day lock-down except for medical necessities and court appearances or other activities specifically approved by the court or probation officer

- Submit to the location monitoring indicated below and abide by all of the program requirements and instructions provided by the supervising officer related to the proper operation of the technology.

    Radio Frequency (RF) monitoring.

- Report as soon as possible to the supervising officer any contact with law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

- Shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement office, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On October 21, 2011, the defendant intentionally took an overdose of his prescribed medications, Prozac and Seroquel. He was involuntarily committed by the Robeson County Sheriff's Department. He was confined in the psychiatric ward of the Southeastern Regional Medical Center in Lumberton, NC, until his release today. As a result of this incident, his aunt, Alice M. Leggett, is uncertain as to her ability and willingness to remain the third party custodian.

Debarre Nojuan Priest
Docket No. 7:11-CR-88-2FL
Petition For Action
Page 3

**PRAYING THAT THE COURT WILL ORDER** that a hearing be held to determine whether the defendant's bond should be revoked.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton | /s/Thomas E. Sheppard |
| Robert L. Thornton | Thomas E. Sheppard |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: (910) 483-8613 |
| | Executed On: October 25, 2011 |

### ORDER OF COURT

Considered and ordered this 25th day of October, 2011, and ordered filed and made a part of the records in the above case.

David W. Daniel
U.S. Magistrate Judge